IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :    CASE NO. 21-13239
                                                          :
NANCY J. WARMKESSEL,                                      :    Chapter 13
LLEWELLYN C. WARMKESSEL                                   :
                                                          :
      Debtors                                            :

## CERTIFICATE OF SERVICE

    I, ALLAN B. GOODMAN, ESQUIRE, counsel for Debtors, do hereby certify that a true and correct copy of DEBTORS' CHAPTER 13 PLAN has been served the 8th day of December, 2021, upon the following by electronic mail, or ECF:

    **SCOTT WATERMAN**
    Chapter 13 Trustee
    2901 St. Lawrence Ave.
    Suite 100
    Reading, PA 19606
    ECF frpa@trustee13.com

    **United States Trustee**
    Office of the U.S. Trustee
    200 Chestnut Street
    Suite 502
    Philadelphia, PA 19106
    Via ECF USTPRegion03.PH.ECF@usdoj.gov

and that on December 8, 2021, a true and correct copy of the Debtor's Chapter 13 Plan was served upon the following by United States First Class Mail, postage prepaid:

    Aqua Finance, Inc.
    PO Box 83184
    Chicago, IL 60691-0184

    Best Buy Credit Services
    PO Box 9001007
    Louisville, KY 40290-1007

Citi Cards
PO Box 70166
Philadelphia, PA 19176-0166

Davison & McCarthy, PC
645 Hamilton St Ste 510
Allentown, PA 18101-2109

KML Law Group, P.C.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

M & T Bank
PO Box 1288
Buffalo, NY 14240-1288

M & T Bank
Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2307

One Main Financial
PO Box 64
Evansville, IN 47701-0064

Patenaude & Felix, A.P.C.
501 Corporate Dr Ste 205
Canonsburg, PA 15317-8584

Portnoff Law Associates, LTD
PO Box 391
Norristown, PA 19404-0391

Salisbury Township Finance Department
2900 S Pike Ave
Allentown, PA 18103-7611

Salisbury Township School District
1140 Salisbury Rd
Allentown, PA 18103-4252

St. Luke's
801 Ostrum St
Bethlehem, PA 18015-1000

TD Bank USA NA
357 Kings Hwy N
Cherry Hill, NJ 08034-1013

Township of Salisbury
2900 S Pike Ave
Allentown, PA 18103-7611

Llewellyn and Nancy Warmkessel
830 Gilly Ave
Bethlehem, PA 18015-4208

Dated: <u>December 8, 2021</u>          <u>/s/ Allan B. Goodman, Esquire</u>
                                        Allan B. Goodman, Esquire
                                        Attorney ID No. 07859
                                        Goodman Schwartz & Shaw LLC
                                        Attorneys for Debtors
                                        514 Fullerton Avenue, Suite 2
                                        Whitehall, PA 18052
                                        Telephone No. 610-434-2023
                                        Fax No. 610-432-4552