**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel aka Llewellyn Warmkessel    Nancy Joan Warmkessel aka Nancy J. Warmkessel aka Nancy Warmkessel         Debtor(s) | CHAPTER 13    BKY. NO. 21-13239 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
14 Dec 2021, 13:16:50, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322