IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 21-13239

NANCY J. WARMKESSEL, : Chapter 13
LLEWELLYN C. WARMKESSEL

Debtors :

## CERTIFICATE OF SERVICE

    I, ALLAN B. GOODMAN, ESQUIRE, counsel for Debtors, do hereby certify that a true and correct copy of Notification of New Date for the Meeting of Creditors letter has been served the 10th day of February, 2022, upon the following by electronic mail, or ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
Via ECF USTPRegion03.PH.ECF@usdoj.gov

and that on February 10, 2022, a true and correct copy of the Notification of New Date for the Meeting of Creditors letter was served upon the following by United States First Class Mail, postage prepaid:

    Quantum3 Group
    as agent for Aqua Finance, Inc.
    PO Box 788
    Kirkland, WA 98083-0788

    Best Buy Credit Services
    PO Box 9001007
    Louisville, KY 40290-1007

Citi Cards
PO Box 70166
Philadelphia, PA 19176-0166

Davison & McCarthy, PC
645 Hamilton St Ste 510
Allentown, PA 18101-2109

KML Law Group, P.C.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

M & T Bank
PO Box 840
Buffalo, NY 14240-0840

One Main Financial
PO Box 3251
Evansville, IN 47731-3251

Patenaude & Felix, A.P.C.
501 Corporate Dr Ste 205
Canonsburg, PA 15317-8584

Portnoff Law Associates, LTD
PO Box 3020
Norristown, PA 19404-3020

Salisbury Township Finance Department
2900 S Pike Ave
Allentown, PA 18103-7611

St. Luke's
801 Ostrum St
Bethlehem, PA 18015-1000

Stoneberry
c/o Creditors Bankruptcy Serv
PO Box 800849
Dallas, TX 75380

TD Bank USA NA
357 Kings Hwy N
Cherry Hill, NJ 08034-1013

Township of Salisbury
2900 S Pike Ave
Allentown, PA 18103-7611

Llewellyn and Nancy Warmkessel
830 Gilly Ave
Bethlehem, PA 18015-4208

Dated: February 10, 2022

*Allan B. Goodman* (signature)
Allan B. Goodman, Esquire
Attorney ID No. 07859
Goodman Schwartz & Shaw LLC
Attorneys for Debtors
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Telephone No. 610-434-2023
Fax No. 610-432-4552