UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nancy Joan Warmkessel<br>    Llewellyn Charles Warmkessel<br><br>    Debtors | Chapter 13<br>Bankruptcy No.21-13239-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 29th day of March, 2022, by first class mail upon those listed below:

Nancy Joan Warmkessel
830 Gilly Ave
Bethlehem, PA  18015-4208

Llewellyn Charles Warmkessel
830 Gilly Ave
Bethlehem, PA

**Electronically via CM/ECF System Only:**

GOODMAN SCHWARTZ & SHAW LLC
514 FULLERTON AVENUE
SUITE 2
WHITEHALL, PA  18052-6731

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee