Fill in this information to identify your case:

Debtor 1: Nancy Joan Warmkessel

Debtor 2 (Spouse if, filing): Llewellyn Charles Warmkessel

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): 4:21-bk-13239

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **M & T Bank** (Creditor's Name)<br><br>PO Box 1288<br>Buffalo, NY 14240-1288<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **February 2016**<br>Last 4 digits of account number: **2388** | Describe the property that secures the claim:<br>**830 Gilly Ave, Bethlehem, PA 18015-4208**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☑ Other (including a right to offset) **Mortgage** | $165,330.90 | $250,400.00 | $0.00 |

Debtor 1 **Nancy Joan Warmkessel**
　　　　　First Name　Middle Name　Last Name

Debtor 2 **Llewellyn Charles Warmkessel**
　　　　　First Name　Middle Name　Last Name

Case number (if known) **4:21-bk-13239**

| 2.2 | Quantum3 Group LLC as Aqua Finance, Inc. | | $3,061.20 | $250,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**830 Gilly Ave, Bethlehem, PA 18015-4208**

**PO Box 788
Kirkland, WA 98083-0788**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Security Interest**

Date debt was incurred _____　　Last 4 digits of account number **2844**

---

| 2.3 | Salisbury Township School District | | $3,395.77 | $250,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**830 Gilly Ave, Bethlehem, PA 18015-4208**

**1140 Salisbury Rd
Allentown, PA
18103-4252**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**School Real Estate Tax 2020**

Date debt was incurred **2020**　　Last 4 digits of account number **1632**

---

| 2.4 | Township of Salisbury | | $1,311.02 | $250,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**830 Gilly Ave, Bethlehem, PA 18015-4208**

**2900 S Pike Ave
Allentown, PA
18103-7611**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Municipal Lien, Water, Sewer & Refuse**

Date debt was incurred **2017-2019**　　Last 4 digits of account number **1496**

---

Official Form 106D　　Additional Page of Schedule D: Creditors Who Have Claims Secured by Property　　page 2 of 3

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | Nancy Joan Warmkessel | | Case number (if known) | 4:21-bk-13239 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | Llewellyn Charles Warmkessel | | | |
| | First Name    Middle Name    Last Name | | | |

| 2.5 | U.S. Department of Housing and Urban Dev | Describe the property that secures the claim: | $50,042.83 | $250,400.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

830 Gilly Ave, Bethlehem, PA 18015-4208

100 E Penn Sq
Philadelphia, PA
19107-3323

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2019        Last 4 digits of account number  2305

Add the dollar value of your entries in Column A on this page. Write that number here: **$223,141.72**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$223,141.72**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]
Name, Number, Street, City, State & Zip Code
**Davison & McCarthy, PC**
**645 Hamilton St Ste 510**
**Allentown, PA 18101-2109**

On which line in Part 1 did you enter the creditor? **2.4**
Last 4 digits of account number **1496**

[ ]
Name, Number, Street, City, State & Zip Code
**KML Law Group, P.C.**
**701 Market St Ste 5000**
**Philadelphia, PA 19106-1541**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number **2388**

[ ]
Name, Number, Street, City, State & Zip Code
**Portnoff Law Associates, LTD**
**PO Box 391**
**Norristown, PA 19404-0391**

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number **1632**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Nancy Joan Warmkessel | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Llewellyn Charles Warmkessel | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION | | |
| Case number (if known) | 4:21-bk-13239 | | |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Nancy Joan Warmkessel                         X /s/ Llewellyn Charles Warmkessel
Nancy Joan Warmkessel                                  Llewellyn Charles Warmkessel
Signature of Debtor 1                                       Signature of Debtor 2

Date   April 26, 2022                                          Date   April 26, 2022