# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel  aka Llewellyn Warmkessel<br>Nancy Joan Warmkessel aka Nancy J. Warmkessel  aka Nancy Warmkessel<br>Debtor(s) | CHAPTER 13 |
| M&T BANK, its successors and/or assigns<br>Movant<br>vs. | NO. 21-13239 PMM |
| Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel  aka Llewellyn Warmkessel<br>Nancy Joan Warmkessel aka Nancy J. Warmkessel  aka Nancy Warmkessel<br>Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about **February 1, 2022, docket number 12**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: May 25, 2022