United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13239-pmm |
| Nancy Joan Warmkessel | Chapter 13 |
| Llewellyn Charles Warmkessel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2022 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nancy Joan Warmkessel, Llewellyn Charles Warmkessel, 830 Gilly Ave, Bethlehem, PA 18015-4208 |
| 14654179 | | Davison & McCarthy, PC, 645 Hamilton St Ste 510, Allentown, PA 18101-2109 |
| 14654942 | + | Goodman Schwartz & Shaw LLC, 514 Fullerton Ave, Ste 2, Whitehall, PA 18052-6731 |
| 14684322 | + | John W. Ashley, Esquire, 645 Hamilton Street, Suite 510, Allentown, PA 18101-2109 |
| 14654180 | | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14655672 | + | M&T BANK, REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14655576 | + | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14654184 | | Portnoff Law Associates, LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14654185 | | Salisbury Township Finance Department, 2900 S Pike Ave, Allentown, PA 18103-7611 |
| 14661996 | + | Salisbury Township School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14661995 | + | Salisbury Township School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14654186 | + | Salisbury Township School District, 1140 Salisbury Rd, Allentown, PA 18103-4299 |
| 14654187 | | St. Luke's, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 14654188 | | TD Bank USA NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 14654189 | | Township of Salisbury, 2900 S Pike Ave, Allentown, PA 18103-7611 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14654176 | | Email/Text: bnc-aquafinance@quantum3group.com | Jun 23 2022 23:47:00 | Aqua Finance, Inc., PO Box 83184, Chicago, IL 60691-0184 |
| 14654177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 23:56:55 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14654178 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 23:56:39 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14654181 | | Email/Text: camanagement@mtb.com | Jun 23 2022 23:47:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 14661838 | | Email/Text: camanagement@mtb.com | Jun 23 2022 23:47:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14666202 | + | Email/Text: camanagement@mtb.com | Jun 23 2022 23:47:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14654182 | | Email/PDF: cbp@onemainfinancial.com | Jun 23 2022 23:56:51 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 14656053 | + | Email/PDF: cbp@onemainfinancial.com | Jun 23 2022 23:56:36 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14654183 | | Email/Text: paparalegals@pandf.us | Jun 23 2022 23:47:00 | Patenaude & Felix, A.P.C., 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |
| 14662338 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2022 23:47:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc FBO (Connexus Cred, PO Box 788, Kirkland, WA 98083-0788 |

| | | | |
|---|---|---|---|
| 14660099 | + Email/Text: bankruptcy@sccompanies.com | Jun 23 2022 23:47:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14679801 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 23 2022 23:56:36 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SCHWARTZ | on behalf of Debtor Nancy Joan Warmkessel david@dbsesq.com  DBSchwartzesq@aol.com |
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Llewellyn Charles Warmkessel david@dbsesq.com  DBSchwartzesq@aol.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Salisbury Township School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nancy Joan Warmkessel and
Llewellyn Charles Warmkessel
     Debtor(s)                                              Chapter: 13
                                                         Bankruptcy No: 21−13239−pmm

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 23rd day of June 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Patricia M. Mayer
                                                 Judge ,
                                                 United States Bankruptcy Court

                                                                           31 − 28
                                                                          Form 155