Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-13239-PMM**

Nancy Joan Warmkessel  
Llewellyn Charles Warmkessel  
830 Gilly Ave  
Bethlehem  PA  18015-4208

Petition Filed Date: 12/08/2021  
341 Hearing Date: 02/01/2022  
Confirmation Date: 06/23/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2022 | $430.00 | 19349783598 | 03/21/2022 | $430.00 | 19359854683 | 04/20/2022 | $430.00 | 19370747471 |
| 05/12/2022 | $191.00 | 19393642852 | 06/15/2022 | $191.00 | 19382693758 | | | |

**Total Receipts for the Period:  $1,672.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,672.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GOODMAN SCHWARTZ & SHAW LLC | Attorney Fees | $3,000.00 | $1,538.24 | $1,461.76 |
| 1 | ONE MAIN FINANCIAL »» 002 | Unsecured Creditors | $7,192.03 | $0.00 | $7,192.03 |
| 2 | STONEBERRY »» 003 | Unsecured Creditors | $254.07 | $0.00 | $254.07 |
| 3 | M&T BANK »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SALISBURY TOWNSHIP SCHOOL DISTRICT »» 005 | Secured Creditors | $3,395.77 | $0.00 | $3,395.77 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Secured Creditors | $3,061.20 | $0.00 | $3,061.20 |
| 6 | M&T BANK »» 007 | Unsecured Creditors | $654.66 | $0.00 | $654.66 |
| 7 | US DEPARTMENT OF HUD »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SALISBURY TOWNSHIP »» 09S | Secured Creditors | $1,311.02 | $0.00 | $1,311.02 |
| 9 | SALISBURY TOWNSHIP »» 09U | Unsecured Creditors | $2,943.93 | $0.00 | $2,943.93 |

**Chapter 13 Case No. 21-13239-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,672.00 | Current Monthly Payment: | $191.00 |
| Paid to Claims: | $1,538.24 | Arrearages: | $191.00 |
| Paid to Trustee: | $133.76 | Total Plan Base: | $11,964.43 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.