United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13239-pmm
Nancy Joan Warmkessel Chapter 13
Llewellyn Charles Warmkessel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Nov 16, 2022     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Nancy Joan Warmkessel, Llewellyn Charles Warmkessel, 830 Gilly Ave, Bethlehem, PA 18015-4208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2022     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Nancy Joan Warmkessel david@dbsesq.com DBSchwartzesq@aol.com |
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Llewellyn Charles Warmkessel david@dbsesq.com DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Salisbury Township School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel aka Llewellyn Warmkessel<br>Nancy Joan Warmkessel aka Nancy J. Warmkessel aka Nancy Warmkessel<br>                                         Debtor(s) | CHAPTER 13 |
| M&T BANK<br>                    Movant<br>           vs. | NO. 21-13239 PMM |
| Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel aka Llewellyn Warmkessel<br>Nancy Joan Warmkessel aka Nancy J. Warmkessel aka Nancy Warmkessel<br>                                         Debtor(s)<br><br>Scott F. Waterman<br>                    Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 830 Gilly Avenue, Bethlehem, PA 18015 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: November 16, 2022**                                        United States Bankruptcy Judge.