## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALISBURY TOWNSHIP, | ) |
| Plaintiff/Creditor | ) |
| | ) Bankruptcy No. 21-13239 |
| v. | ) |
| | ) |
| NANCY J. WARMKESSEL, | ) Chapter 13 |
| And LLEWELLYN C. WARMKESSEL | ) |
| Defendants/Debtors | ) |

### CERTIFICATE OF NO RESPONSE OR OBJECTION TO SALISBURY TOWNSHIP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, John W. Ashley, Attorney for Salisbury Township, hereby state and affirm that as of January 6, 2023 no response has been received with regard to the Motion Requesting Relief form the Automatic Stay of Salisbury Township.

Respectfully submitted:

DAVISON & McCARTHY, P.C.

By: _____
John W. Ashley, Esquire
Attorney ID #32645
645 Hamilton Street, Suite 510
Allentown, PA 18101
610.435.0450

336266