UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALISBURY TOWNSHIP, | ) | |
| | ) | |
| Plaintiff/Creditor | ) | Bankruptcy No. 21-13239 |
| v. | ) | |
| | ) | |
| NANCY J. WARMKESSEL, | ) | Chapter 13 |
| And LLEWELLYN C. WARMKESSEL | ) | |
| Defendants/Debtors | ) | |

## ORDER

AND NOW this __10th__ day of __January__, 2023, upon consideration of the attached motion and upon motion of John W. Ashley, Esquire attorney for Salisbury Township,

IT IS HEREBY ORDERED AND DECREED that the Township is granted relief from the automatic stay so it may terminate municipal services to the property at 830 Gill Avenue, Bethlehem, Salisbury Township, PA 18015.

IT IS FURTHER ORDERED AND DECREED that Nancy J. Warmkessel and Lellwellyn C. Warmkessel have failed to post or maintain adequate assurance to Salisbury Township and therefore, it is ordered that the debtor pay to the Township the past due post filing amounts due and owing in the amount of $713.03, with said payment to be made within seven (7) days of the date of this Order.

IT IS FURTHER ORDERED AND DECREED that Nancy J. Warmkessel and Lellwellyn C. Warmkessel must pay to the Township the costs that the Township has incurred in filing this Motion.

BY THE COURT:

_/s/ Patricia M. Mayer_
_____
J.