United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13239-pmm |
| Nancy Joan Warmkessel | Chapter 13 |
| Llewellyn Charles Warmkessel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nancy Joan Warmkessel, Llewellyn Charles Warmkessel, 830 Gilly Ave, Bethlehem, PA 18015-4208 |
| cr | + | Salisbury Township, c/o John W. Ashley, Esquire, Davison & McCarthy, PC, Two City Center, 645 Hamilton Street, Suite 510 Allentown, PA 18101-2109 |
| cr | + | Salisbury Township School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 11 2023 00:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 11 2023 00:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 12, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

District/off: 0313-4 — User: admin — Page 2 of 2
Date Rcvd: Jan 10, 2023 — Form ID: pdf900 — Total Noticed: 5

on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID B. SCHWARTZ
    on behalf of Debtor Nancy Joan Warmkessel david@dbsesq.com DBSchwartzesq@aol.com

DAVID B. SCHWARTZ
    on behalf of Joint Debtor Llewellyn Charles Warmkessel david@dbsesq.com DBSchwartzesq@aol.com

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Salisbury Township School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN W. ASHLEY
    on behalf of Creditor Salisbury Township jashley@davisonmccarthy.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALISBURY TOWNSHIP, | ) | |
| | ) | |
| Plaintiff/Creditor | ) | Bankruptcy No. 21-13239 |
| v. | ) | |
| | ) | |
| NANCY J. WARMKESSEL, | ) | Chapter 13 |
| And LLEWELLYN C. WARMKESSEL | ) | |
| Defendants/Debtors | ) | |

### ORDER

AND NOW this __10th__ day of __January__, 2023, upon consideration of the attached motion and upon motion of John W. Ashley, Esquire attorney for Salisbury Township,

IT IS HEREBY ORDERED AND DECREED that the Township is granted relief from the automatic stay so it may terminate municipal services to the property at 830 Gill Avenue, Bethlehem, Salisbury Township, PA 18015.

IT IS FURTHER ORDERED AND DECREED that Nancy J. Warmkessel and Lellwellyn C. Warmkessel have failed to post or maintain adequate assurance to Salisbury Township and therefore, it is ordered that the debtor pay to the Township the past due post filing amounts due and owing in the amount of $713.03, with said payment to be made within seven (7) days of the date of this Order.

IT IS FURTHER ORDERED AND DECREED that Nancy J. Warmkessel and Lellwellyn C. Warmkessel must pay to the Township the costs that the Township has incurred in filing this Motion.

BY THE COURT:

*Patricia M. Mayer*
_____
J.