UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | NO. 21-13239-PMM |
| NANCY JOAN WARMKESSEL ) | |
| And LLEWELLYN CHARLES ) | |
| WARMKESSEL, ) | |
| ) | |
| Debtors ) | Chapter 13 |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Kellie Rahl-Heffner, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters her appearance on behalf of the Creditor, Salisbury Township, and requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

/s/Kellie Rahl-Heffner
Kellie Rahl-Heffner, Esq.
BAR I.D. #200962
Attorney for 21st Mortgage Corporation
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
610-820-5450
krahl-heffner@grossmcginley.com

## WITHDRAW OF APPEARANCE

TO THE CLERK OF SAID COURT:

Kindly withdraw my appearance for the Creditor, Salisbury Township, in the above-captioned matter.

DAVISON & MCCARTHY, P.C.

Date: May 8, 2023

By: _____
John W. Ashley, Esquire.
Attorney I.D. No. 32695