United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nancy Joan Warmkessel  
Llewellyn Charles Warmkessel  
    Debtors

Case No. 21-13239-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jul 20, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nancy Joan Warmkessel, Llewellyn Charles Warmkessel, 830 Gilly Ave, Bethlehem, PA 18015-4208 |
| cr | + | Salisbury Township, c/o John W. Ashley, Esquire, Davison & McCarthy, PC, Two City Center, 645 Hamilton Street, Suite 510 Allentown, PA 18101-2109 |
| 14654179 | | Davison & McCarthy, PC, 645 Hamilton St Ste 510, Allentown, PA 18101-2109 |
| 14654942 | + | Goodman Schwartz & Shaw LLC, 514 Fullerton Ave, Ste 2, Whitehall, PA 18052-6731 |
| 14684322 | + | John W. Ashley, Esquire, 645 Hamilton Street, Suite 510, Allentown, PA 18101-2109 |
| 14655672 | + | M&T BANK, REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14654184 | | Portnoff Law Associates, LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14780249 | | Salisbury Township, C/O Kellie Rahl-Heffner, 33 S. 7th Street, PO BOS 4060, Allentown, PA 18105-4060 |
| 14654185 | | Salisbury Township Finance Department, 2900 S Pike Ave, Allentown, PA 18103-7611 |
| 14661996 | + | Salisbury Township School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14661995 | + | Salisbury Township School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14654186 | + | Salisbury Township School District, 1140 Salisbury Rd, Allentown, PA 18103-4299 |
| 14654187 | | St. Luke's, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 14654188 | | TD Bank USA NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 14654189 | | Township of Salisbury, 2900 S Pike Ave, Allentown, PA 18103-7611 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 21 2023 00:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 21 2023 00:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14654176 | | Email/Text: bnc-aquafinance@quantum3group.com | Jul 21 2023 00:50:00 | Aqua Finance, Inc., PO Box 83184, Chicago, IL 60691-0184 |
| 14654177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:03:23 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14654178 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:29:30 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14654180 | ^ | MEBN | Jul 21 2023 00:37:38 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14654181 | | Email/Text: camanagement@mtb.com | Jul 21 2023 00:49:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 14661838 | | Email/Text: camanagement@mtb.com | Jul 21 2023 00:49:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14666202 | + | Email/Text: camanagement@mtb.com | Jul 21 2023 00:49:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |

Case 21-13239-pmm   Doc 55   Filed 07/22/23   Entered 07/23/23 00:30:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14655576 | ^ | MEBN | Jul 21 2023 00:37:40 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14654182 |   | Email/PDF: cbp@omf.com | Jul 21 2023 01:03:09 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 14656053 | + | Email/PDF: cbp@omf.com | Jul 21 2023 01:03:05 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14654183 |   | Email/Text: paparalegals@pandf.us | Jul 21 2023 00:50:00 | Patenaude & Felix, A.P.C., 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |
| 14662338 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2023 00:49:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc FBO (Connexus Cred, PO Box 788, Kirkland, WA 98083-0788 |
| 14660099 | + | Email/Text: bankruptcy@sccompanies.com | Jul 21 2023 00:49:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14679801 |   | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 21 2023 01:29:30 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Salisbury Township School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Nancy Joan Warmkessel david@dbsesq.com DBSchwartzesq@aol.com |
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Llewellyn Charles Warmkessel david@dbsesq.com DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Salisbury Township School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 31 |

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Salisbury Township krahl-heffner@grossmcginley.com
    jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nancy Joan Warmkessel<br>    Llewellyn Charles Warmkessel<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 21-13239-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 20, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE