## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel aka Llewellyn Warmkessel**<br>        **Nancy Joan Warmkessel aka Nancy J. Warmkessel  aka Nancy Warmkessel**<br>                              **Debtor(s)** | **BK NO. 21-13239 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |
| **M&T BANK**<br>                              **Movant**<br>        vs.<br><br>**Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel  aka Llewellyn Warmkessel**<br>**Nancy Joan Warmkessel aka Nancy J. Warmkessel  aka Nancy Warmkessel**<br>                              **Debtor(s)**<br><br>**Scott F. Waterman**,<br>                              **Trustee** | |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Llewellyn Charles Warmkessel aka Llewellyn C. Warmkessel  aka Llewellyn Warmkessel
830 Gilly Avenue
Bethlehem, PA 18015

Nancy Joan Warmkessel aka Nancy J. Warmkessel aka Nancy Warmkessel
830 Gilly Avenue
Bethlehem, PA 18015

Attorney for Debtor(s)
David B. Schwartz, Esq.
Goodman Schwartz & Shaw LLC
514 Fullerton Avenue
Whitehall, PA 18052

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

                              **/s/ Michael P. Farrington**
                              Michael P. Farrington, Esq.
                              Attorney I.D. 329636
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              (215) 825-6488
                              mfarrington@kmllawgroup.com